THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CARL SKARCZEWSKI, Appellant.

Argued January 22, 1942; decided March 5, 1942.

*Charles J. Mondo* for appellant.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal*
of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: FINCH, LEWIS, CONWAY and DESMOND, JJ.
Dissenting: LEHMAN, Ch. J., LOUGHRAN and RIPPEY, JJ.